**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**AGRI US INC. d/b/a AGRI-US** **PLAINTIFF**

**v.** **No. 4:26-cv-862-DPM**

**GTS DO BRASIL LTDA; GTS NORTH AMERICA CORP.; ASSIS STRASSER, individually; GILVANA APARECIDA RIBEIRO STRASSER, individually; and JOHN AND JANE DOES 1–10** **DEFENDANTS**

**ORDER**

This case is closely related to a case recently handled by United States District Judge James M. Moody Jr., *Agri US Inc. v. GTS Do Brasil LTDA*, 4:25-cv-1005-JM. In the interests of judicial economy, the Court directs the Clerk to reassign this case to Judge Moody by chip exchange.

So Ordered.

D.P. Marshall Jr.
United States District Judge

1 September 2026