**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**AGRI US, INC** **PLAINTIFF**

**v.** **Case No. 4:26-cv-862-JM**

**GTS do BRASIL LTDA** **DEFENDANT**

**ORDER**

Plaintiff Agri US, Inc. has failed to secure counsel of record as directed (Doc. 10), and the Court's mail sent to it has been returned as undeliverable. (Doc. 12–13). As a result, Agri US, Inc.'s claims are dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2). GTS do Brasil Ltda. is directed to notify the Court by October 23, 2026 whether it intends to proceed with its counter claims against Agri US, Inc. Failure to notify the Court by that time may result in the counterclaim being dismissed without prejudice.

IT IS SO ORDERED this 14th day of October, 2026.

UNITED STATES DISTRICT JUDGE